[No. 33925-7-I.   Division One.   August 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LYAL E.
BOGART, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-01466-6, Gerald L. Knight, J.,

entered December 16, 1993, and April 13, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Kennedy, J.